IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

SILKEARIA MARSHALL,

      Appellant,

v.

Case No. 5D23-574
LT Case No. 2017-CF-03527

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 11, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Mark Borello, Judge.

Jacob Grollman, of Grollman Law, P.A.,
Bradenton, for Appellant.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


WALLIS, EISNAUGLE and KILBANE, JJ., concur.